| | | |
|---|---|---|
| 21499 | Doe, In re | Affirmed |
| 21586 | Cheng v. Robaire's, Inc. | Affirmed |
| 21096 | State v. Cho | Affirmed |
| 20980 | State v. Edralin | Affirmed |
| 21180 | State v. Jaeger | Affirmed |

### November 30, 1998

| | | |
|---|---|---|
| 21532 | Malm v. Administrative Director of Court, State | Affirmed |
| 21134 | State v. Caban | Affirmed |
| 20859 | State v. Inoshita | Affirmed |

### December 1, 1998

| | | |
|---|---|---|
| 20779 | Hawaiian Ins. & Guar. Co., Ltd. v. Dumlao | Affirmed |

### December 4, 1998

| | | |
|---|---|---|
| 21398 | Japan Tobacco Intern. Corp. v. Adisayathepkul | Vacated |

### December 11, 1998

| | | |
|---|---|---|
| 21531 | State v. Jones | Affirmed |
| 21541 | State v. Wise | Affirmed |

### December 14, 1998

| | | |
|---|---|---|
| 21522 | State v. Naile | Affirmed |

### December 15, 1998

| | | |
|---|---|---|
| 21543 | State v. Lopez | Affirmed |

### December 16, 1998

| | | |
|---|---|---|
| 20974 | Cunningham v. Board of Chiropractic Examiners, Dept. of Commerce and Consumer Affairs | Affirmed |
| 21325 | Cunningham v. Board of Chiropractic Examiners, Dept. of Commerce and Consumer Affairs | Affirmed |
| 20951 | State v. Mok | Affirmed |

### December 17, 1998

| | | |
|---|---|---|
| 21595 | Martinez v. State | Affirmed |

### December 18, 1998

| | | |
|---|---|---|
| 20375 | State of Hawaii Organization of Police Officers (SHOPO) v. Harris | Affirmed |

### December 22, 1998

| | | |
|---|---|---|
| 21181 | State v. Bildstein | Affirmed |
| 20955 | State v. Garringer | Affirmed |
| 20594 | State v. Marzan | Affirmed |